## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE:                                                            CHAPTER 13
Reuben J. Person, Jr.
Terra A. Person                                                   CASE NO: 16-55549

                                                                  JUDGE CALDWELL

### OBJECTION TO CLAIM NUMBER 13 FILED BY OHIO DEPARTMENT OF TAXATION, BANKRUPTCY DIVISION, P.O. BOX 530, COLUMBUS, OH 43216

The Debtors hereby object to claim number 13, filed on October 31, 2016 by the Ohio Department of Taxation in the amount of $3,841.60 for the reason set forth below.

### MEMORANDUM

The Debtors object to the claim for the following reasons:

1. Item 1 is for estimated school taxes for Reuben Person for 2015. Mr. Person did not reside in the school district in question during 2015 and was not required to file a return for school district taxes.

2. Item 2 is for estimated income tax for Mr. Person for 2015. Mr. Person filed his State of Ohio tax return on January 16, 2017 and is due a refund of $59.00.

3. Item 3 is for estimated school taxes for Reuben and/or Terra Person for 2011. Mr. Person filed his school district tax return January 15, 2017 and owes $15.00.  Mrs. Person filed her school district tax return on January 18, 2017 and owes $135.00.

4. Item 4 is for estimated income tax for 2008.  Mr. Person filed his income tax return on January 21, 2009 and was owed a refund of $157.00.

5. Item 6 is for estimated school taxes for Reuben and/or Terra Person for 2001. Neither of the debtors resided in the school district in question during 2001 and they were not required to file a return for school district taxes.

For the foregoing reasons, the Debtors request an order disallowing the claim as filed.

/s/Tad A. Semons
Tad A. Semons #0069743
Semons & Semons
Attorney for Debtors
85 E. Gay St. #903
Columbus, OH 43215
614-228-1930
tadsemons@att.net